PROB 12B
(7/93)

Report Date: March 1, 2006

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 6 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Allen Tom Isadore, Jr.            Case Number: 2:04CR02084-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 1/4/2005                  Type of Supervision: Supervised Release

Original Offense: Distribution Controlled Substance, Cocaine, 21 U.S.C. § 841(c)

Date Supervision Commenced: 2/16/2006

Original Sentence: Prison - 21 Months; TSR - 36 Months

Date Supervision Expires: 2/15/2009

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

> You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

On February 22, 2006, Mr. Isadore reported for an office visit following his release from prison and admitted to entering the Hideaway Tavern in Wapato, Washington, on February 18, 2006. He indicated his aunt owns the tavern, and he only went there to have dinner and meet family members. The defendant denied consuming any alcohol. As a corrective measure, Mr. Isadore has agreed to comply with a substance abuse evaluation and follow through with any recommended treatment. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Prob 12B
**Re: Isadore, Allen Tom**
**March 1, 2006**
Page 2

Respectfully submitted,

by *Jose Vargas* (signature)

Jose Vargas
U.S. Probation Officer
Date: March 1, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/6/06
Date